**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:26-cv-884-DPM**

**TOYOTA MOTOR CREDIT CORPORATION dba TOYOTA FINANCIAL SERVICES; ORR MOTORS OF ARKANSAS, INC. dba GREGG ORR CADILLAC OF HOT SPRINGS; J-MAC TOWING & RECOVERY LLC dba MCMILLIN RECOVERY LLC; HARDING BROOKS INSURANCE COMPANY; EXPERIAN PLLC; EQUIFAX INC.; TRANSUNION LLC; and SECURE COLLATERAL MANAGEMENT** **DEFENDANTS**

**ORDER**

I currently have a vehicle loan from Toyota Motor Credit Corporation d/b/a Toyota Financial Services. Given that ongoing relationship, my impartially in presiding over this dispute could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 September 2026